O. T. deG. Bertola, and George E. Wilson, Plaintiffs in
Error, vs. National Bank of Jacksonville, Defendant
in Error.

Writ of error to Circuit Court Volusia county.

*John W. Price*, for Plaintiffs in Error.

*Isaac A. Stewart*, for Defendant in Error.

This action was brought by the defendant in error
against the plaintiffs in error.   There was judgment for
the plaintiff, and the defendants take writ of error.
The judgment is affirmed.